United States District Court
Northern District of New York

| | | |
|---|---|---|
| WILLIAM B., | ) | Case 5:24-cv-00857-AMN-TWD |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN COLVIN,[1] | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant*. | ) | |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $1,197.05, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Respectfully Submitted,

| | |
|---|---|
| CAROLYN COLVIN | WILLIAM B., |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman,<br>United States Attorney | Howard D. Olinsky |

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| */s/ Shannon Fishel* | _____ |
| Shannon Fishel | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| Office of Program Litigation, Office 2 | 250 S. Clinton St., Ste. 210 |
| Office of the General Counsel | Syracuse, NY 13202 |
| Social Security Administration | (315) 701-5780 |
| 6401 Security Boulevard | holinsky@windisability.com |
| Baltimore, MD 21235 | |
| (404) 562-1076 | |
| Shannon.Fishel@ssa.gov | |

IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated: January 27, 2025
       Albany, NY